## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| JOHN E. GALLUS, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>AMERIPRISE FINANCIAL, INC. (F/K/A AMERICAN EXPRESS FINANCIAL CORPORATION), RIVERSOURCE INVESTMENTS LLC, and AMERIPRISE FINANCIAL SERVICES, INC. (F/K/A AMERICAN EXPRESS FINANCIAL ADVISORS INC.),<br><br>  Defendants. | Civil Action No. 0:04-cv-4498<br><br>Honorable Donovan W. Frank<br>Magistrate Judge Susan R. Nelson |

## CORRECTED PLACEHOLDER FOR CONFIDENTIAL EXHIBITS TO:

## DECLARATION OF BECKY FERRELL-ANTON

This document is a corrected place holder for the following items which are filed in conventional or physical form with the Clerk's Office:

Exhibit A:      Statement of Disputed Material Facts

Exhibit B:      Deposition excerpts of Gordon Fines

Exhibit C:      Deposition excerpts of Robert Ewing

Exhibit D:      Deposition excerpts of Arne Carlson

Exhibit E:      Deposition excerpts of Stephen Lewis

Exhibit F:      Deposition excerpts of Paula Meyer

Exhibit G:      Deposition excerpts of Ted Truscott

Exhibit H:      Deposition excerpts of Timothy Armbrustmacher

Exhibit I:          Deposition excerpts of Joseph Krekelberg

Exhibit J:          Deposition excerpts of Robert Richey

Exhibit K:         Deposition excerpts of Douglas Roderick

Exhibit L:         No Exhibit L filed.

Exhibit M:        Document entitled "San Diego Office Review – Contracts Committee Meeting – March 2004" (AEFE000027409-AEFE000027446)

Exhibit N:         Email from Bob Richey to Kent Bergene dated February 4, 2004 (AEFE000019753-AEFE000019755)

Exhibit O:         Email string among Paula Meyers, Kris Henderson and Kent Bergene (AEFE000000006-AEFE000000010)

Exhibit P:         Document entitled "American Express Fund – AEFC Pricing Philosophy – AXP Funds and AXP VP D Funds – March 2004" (AEF028500-AEF028503)

Exhibit Q:         Form ADV of American Express Asset Management Group, Inc. (FLAXP0087-FLAXP0122)

Exhibit R:         Document entitled "Financial Community Presentation/February 5, 2003/Ted Truscott

Exhibit S:         Document entitled "2003 Annual Report – Fee and Expense Report" (RS014906-RS015043)

Exhibit T:         Document entitled "Top 10 Technology Holding and the Percent of Portfolio" (AEFE000319780-AEFE00319806)

Exhibit U:         Email from Paula Meyer to Kent Bergene (AEFE000013076)

Exhibit V:         Document entitled "Corrected Copy – American Express Funds, Board of Directors (Trustees) Minutes Dated April 7-8, 2004" (AEF006996-AEF007049)

| | |
|---|---|
| Exhibit W: | NASD News Release dated December 4, 2002 titled "NASD Fines American Express Financial Advisors $350,000 for Improper Sales of Variable Annuities and Life Insurance" |
| Exhibit X: | SEC Release No. 8365/49227 dated February 12, 2004 titled "Order Instituting Administrative and Cease and Desist Proceedings" |
| Exhibit Y: | NASD News Release dated May 20, 2004 titled "NASD Disciplines Three Firms, Three Brokers for Variable Annuity Abuses" |
| Exhibit Z: | NASD News Release dated March 23, 2005 titled "NASD Fines Citigroup Global Markets, American Express and Chase Investment Services More than $21 Million for Improper Sales of Class B and C Shares of Mutual Funds" |
| Exhibit AA: | State of New Hampshire News Release dated July 12, 2005 titled "American Express Financial Advisors Reach Settlement with New Hampshire Bureau of Securities Regulation" |
| Exhibit BB: | NASD News Release dated October 25, 2005 titled "NASD Fines Ameriprise Financial Services, Inc. $500,000 for Supervisory Violations in 529 College Savings Plan Sales" |
| Exhibit CC: | NASD News Release dated December 1, 2005 titled "NASD Fines Ameriprise Financial Services $12.3 million for Directed Brokerage Violations" |
| Exhibit DD: | SEC Release No. 2451/27170 dated December 1, 2005, "Order Instituting Administrative and Cease-And-Desist Proceedings" |
| Exhibit EE: | Morningstar Stewardship Grade Report dated March 7, 2006 |
| Exhibit FF: | Seminannual Report of AXP New Dimensions Fund for period ended January 31, 2004 (AEF009471-AEF009510) |

Exhibit GG: Annual Report of the AXP New Dimensions Fund for the period ended July 31, 2004 (AEF008852–AEF008907)

Exhibit HH: Document entitled "American Express Funds – 2003 Annual Report on Mutual Funds Distribution" (AEFE000027830–AEFE000027867)

Exhibit II: Document entitled "Annual Report on Fees and Expenses – Contracts Committee, April 2005" (AEF005598 – AEF005697)

Exhibit JJ: Document entitled "Quarterly Report to American Express Funds Boards of Directors, 3rd Quarter 2003" (RS 012603–RS 012632)

Exhibit KK: Document entitled "American Express Funds 2003 Annual Report – Profitability Report" (AEF017477–AEF017572)

Exhibit LL: "American Express Funds – 2004 Annual Report on Mutual Funds Distribution" (AEF005948–AEF005998)

Exhibit MM: Document entitled "American Express Funds – Board of Directors (Trustees) Minutes April 9-10, 2003) (AEF007480–AEF007519)

Exhibit NN: Notice of Docketing Appeal in *Jones v. Harris Associates*, 2007 WL 627640 (N.D. Ill. Feb. 27, 2007), *appeal docketed,* No. 07-1624 (7th Cir. Mar. 21, 2007)

Exhibit OO: Defendants' Reply Suggestions in Support of its Motion *In Limine* to Preclude Evidence Relating to Sub-Advised and Institutional Accounts as filed in *Baker v. American Century*, United States District Court for the Western District of Missouri, Case No. 04-4039-CV-C-ODS

Exhibit QQ: Defendants' Expert Report of Ajay Khorana, Ph.D. dated December 15, 2006

## DECLARATION OF CHARLES W. MURDOCK

Exhibit A:        Expert Report of Charles W. Murdock dated October 30, 2006

Exhibit B:        Rebuttal Report of Charles W. Murdock dated January 12, 2007

## DECLARATION OF PROFESSOR MANNING WARREN

Exhibit 1:        Expert Report of Professor Manning Warren dated October 30, 2006

## DECLARATION OF STEVE POMERANTZ, PH.D.

Exhibit 1:        Expert Report of Steve Pomerantz dated October 30, 2006

Exhibit 2:        Rebuttal Report of Steve Pomerantz dated January 12, 2007

## DECLARATION OF EDWARD S. O'NEAL, PH.D.

Exhibit 1:        Expert Report of Edward S. O'Neal, Ph.D.

Exhibit 2:        Rebuttal Report of Edward S. O'Neal, Ph.D.

## DECLARATION OF BRUCE G. DUBINSKY, MST, CPA, CFE, CVA

Exhibit 1:        Expert Report of Bruce G. Dubinsky, MST, CPA, CFE, CVA dated October 30, 2006

Exhibit 2:        Rebuttal Report of Bruce G. Dubinsky, MST, CPA, CFE, CVA dated January 12, 2007

If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason(s):

___ Voluminous Document* (Document number of order granting leave to file conventionally: ___ )

___ Unable to Scan Documents (e.g., PDF file size of one page larger than 2MB, illegible when scanned)

___ Physical Object (description):

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

  **X  Item Under Seal pursuant to court order** (Document number of Protective Order: **82** and **83**)

___ Item Under Seal pursuant to the Judicial Conference Privacy Policy (General Order 53)

      (Document number of redacted version: ___ )

___ Other (description):

      Dated:  April 10, 2007.

                                        Respectfully Submitted,


                                        By:  /s Becky Ferrell-Anton_____
                                        Guy M. Burns, *Pro Hac Vice*
                                        Jonathan S. Coleman, *Pro Hac Vice*
                                        Becky Ferrell-Anton, *Pro Hac Vice*
                                        Audrey Rauchway, *Pro Hac Vice*
                                        JOHNSON, POPE, BOKOR, RUPPEL
                                        & BURNS, L.L.P.
                                        403 E. Madison St., Suite 400
                                        Tampa, FL  33602
                                        (813) 225-2500
                                        Fax:  (813) 223-7118

                                        Karl L. Cambronne (MN Bar # 14321)
                                        CHESTNUT & CAMBRONNE, P.A.
                                        3700 Campbell Mithun Tower
                                        222 South Ninth Street
                                        Minneapolis, MN 55402
                                        (612) 339-7300

Fax: (612) 336-2940

Michael D. Woerner, *Pro Hac Vice*
Lynn Lincoln Sarko, *Pro Hac Vice*
Gretchen F. Cappio, *Pro Hac Vice*
Tana Lin, *Pro Hac Vice*
KELLER ROHRBACK, L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
(206) 623-1900
Fax: (206) 623-3384

Michael J. Brickman, *Pro Hac Vice*
James C. Bradley, *Pro Hac Vice*
Nina Fields, *Pro Hac Vice*
RICHARDSON PATRICK
WESTBROOK & BRICKMAN, LLC
P.O. Box 879
Charleston, SC  29402
(843) 727-6500
Fax:  (843) 727-3103

*Attorneys for Plaintiffs*

#109990