# Supreme Court of the United States

*No.* 09-163

**AMERIPRISE FINANCIAL, INC., fka AMERICAN EXPRESS FINANCIAL CORPORATION, ET AL.,**

Petitioners

v.

**JOHN E. GALLUS, ET AL.**

**ON PETITION FOR WRIT OF CERTIORARI** to the United States Court of Appeals for the Eighth Circuit.

**THIS CAUSE** having been submitted on the petition for a writ of certiorari and the response thereto.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the petition for writ of certiorari is granted. The judgment of the above court is vacated with costs, and the case is remanded to the United States Court of Appeals for the Eighth Circuit for further consideration in light of *Jones v. Harris Associates L.P.*, 559 U.S. ___ (2010).

**IT IS FURTHER ORDERED** that the petitioner Ameriprise Financial, Inc., fka American Express Financial Corporation, et al. recover from John E. Gallus, et al. Three Hundred Dollars ($300.00) for costs herein expended.

April 5, 2010

**Clerk's costs:** $300.00



A True Copy WILLIAM K. SUTER
Test
Clerk of the Supreme Court of the United States