# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 07-2945

John E. Gallus, et al.

Appellants

v.

Ameriprise Financial, Inc., formerly known as American Express Financial Corporation, et al.

Appellees

_____

Appeal from U.S. District Court for the District of Minnesota - Minneapolis
(0:04-cv-04498-DWF)
_____

**MANDATE**

In accordance with the judgment of 6/04/10, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

June 04, 2010

Clerk, U.S. Court of Appeals, Eighth Circuit