# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | | | |
|---|---|---|---|
| John E. Gallus, et al., | ) | COURT MINUTES - CIVIL | |
| | ) | BEFORE: Donovan W. Frank | |
| Plaintiffs, | ) | U.S. District Judge | |
| | ) | | |
| v. | ) | Case No: | CV 04-4498 DWF/SRN |
| | ) | Date: | July 27, 2010 |
| Ameriprise Financial, fka American Express | ) | Court Reporter: | Jeanne Anderson |
| Financial Corporation, et al., | ) | Time Commenced: | 10:30 a.m. |
| | ) | Time Concluded: | 11:05 a.m. |
| Defendants. | ) | Time in Court: | 35 Minutes |

Hearing on: **Status Conference**

APPEARANCES:

    Plaintiff:    Karl Cambronne, Gary Burns, Bryan Bleichner
    Defendant:  John Donovan, Robert Skinner

PROCEEDINGS: Oral argument set for September 22, 2010, 9 a.m., Courtroom 7C, St. Paul, Minnesota.

                                                                                                                s/B. Schaffer
                                                                                                                Calendar Clerk