# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | | | |
|---|---|---|---|
| John E. Gallus, et al., | ) | COURT MINUTES - CIVIL | |
| | ) | BEFORE: Donovan W. Frank | |
| Plaintiffs, | ) | U.S. District Judge | |
| | ) | | |
| v. | ) | Case No: | CV 04-4498 DWF/SRN |
| | ) | Date: | September 22, 2010 |
| Ameriprise Financial, fka American Express | ) | Court Reporter: | Jeanne Anderson |
| Financial Corporation, et al., | ) | Time Commenced: | 2:00 p.m. |
| | ) | Time Concluded: | 3:43p.m. |
| Defendants. | ) | Time in Court: | 1 Hour & 43 Minutes |

Hearing on:  **Hearing on Remand**

APPEARANCES:

    Plaintiff:    Karl Cambronne, Gary Burns, Bryan Bleichner
    Defendant:    John Donovan, Robert Skinner

PROCEEDINGS: Oral argument heard on issue of remand.  Matter under advisement; written order forthcoming.  Further, the Court and counsel discussed the name change of defendant RiverSource Investments LLC to Columbia Management Investment Advisers, LLC

**ORDERED:** The Clerk of Court shall update the docket to reflect the name of Columbia Management Investment Advisers, LLC in place of defendant RiverSource Funds (aka RiverSource Investments LLC).

    s/B. Schaffer
    Calendar Clerk