# UNITED STATES DISTRICT COURT
### District of Minnesota

Richard D. Sletten, Clerk
Wendy S. Osterberg, Chief Deputy Clerk

| Warren E. Burger Federal Building and U.S. Courthouse 316 North Robert Street Suite 100 St. Paul, MN 55101 (651) 848-1100 | U.S. Courthouse 300 South Fourth Street Suite 202 Minneapolis, MN 55415 (612) 664-5000 | Gerald W. Heaney Federal Building and U.S. Courthouse and Customhouse 515 West First Street Suite 417 Duluth, MN 55802 (218) 529-3500 | U.S. Courthouse 118 South Mill Street Suite 212 Fergus Falls, MN 56537 (218) 739-5758 |
|---|---|---|---|

## TRANSMITTAL OF APPEAL

**Date:** January 11, 2011
**To:** U.S. COURT OF APPEALS, 8TH CIRCUIT
**From:** LP Holden, Deputy Clerk

**In Re:** District Court Case No.: 04-4498 DWF/XXX
Eighth Circuit Case No.:
Case Title: Gallus et al v American Express Financial Corporation, et al

The statutory filing fee has:

__X__ been paid, receipt # 3007897.
_____ not been paid as of 1/11/11.
_____ been waived because:
_____ Application for IFP Granted

IFP _____ is _____ is not    pending.

_____ USA filed appeal

Length of Trial:    N/A

Was a court reporter utilized?    __X__ Yes    ____ No

If yes, please identify the court reporter:
Name:    Jeanne Anderson
Address:    316 N Robert St, Ste 100
St Paul, MN 55101

Phone:    651-848-1221

____ Forms A & B were not received; please see attached forms.
____ Forms A & B were given to counsel at the counter.
__X__ Completed Form A enclosed in transmittal letter.
____ Original file(s), consisting of _____ file(s) and _____ expandable(s)
__X__ Transcript(s):

| Volume | Date | Proceeding |
|---|---|---|
| 1 | 5/3/07 | Hearing on Motion for Summary Judgment |
| 1 | 9/22/10 | Hearing on Remand |

**RECEIVED** JAN 13 2011 CLERK, U.S. DISTRICT COURT ST. PAUL, MINNESOTA

**RECEIVED** JAN 12 2011 U.S Court of Appeals Eighth Circuit-St. Paul, MN

SCANNED

forms\civil\appeals\appeal transmittal.frm

Form Modified U.S. DISTRICT COURT ST. PAUL